IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI S. TAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOLBY LABORATORIES, INC., a corporation incorporated in the State of California, DOLBY LABORATORIES INTERNATIONAL SERVICES, INC., a corporation incorporated in the State of California, DOLBY LABORATORIES LICENSING CORPORATION, INC., a corporation incorporated in the State of New York doing business in the State of California, DOLBY LABORATORIES LICENSING INTERNATIONAL SERVICES, INC., a corporation incorporated in the State of California, and DOES 1 through 100,<br><br>　　　　Defendants. | No. C 05-03973 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The case management conference is hereby **CONTINUED** to **JANUARY 12, 2006, AT 11:00 A.M.** Please note there will be no further extensions.

　　　**IT IS SO ORDERED.**

Dated: December 16, 2005.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE