IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUI SEE TAN,

    Plaintiff,

v.

DOLBY LABORATORIES, INC., ET AL.,

    Defendants.

No. C 05-03973 WHA

**ORDER DENYING EXTENSION**

    This order finds that the parties have failed to articulate a good reason to allow an extension to the deadline for completing mediation and to deadline for completing non-expert discovery. The parties' request, therefore, is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE