1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUI SEE TAN, an individual,

      Plaintiff,

    v.

DOLBY LABORATORIES, INC., a corporation
incorporated in the State of California, DOLBY
LABORATORIES INTERNATIONAL
SERVICES, INC., a California corporation
incorporated in the State of California, DOLBY
LABORATORIES LICENSING CORPORATION,
INC., a corporation incorporated in the State of
New York doing business in the State of California,
DOLBY LABORATORIES LICENSING
INTERNATIONAL SERVICES, INC., a
corporation incorporated in the State of California,
and DOES 1 through 100,

      Defendants.
_____/

No. C 05-03973 WHA

**ORDER DENYING
CONTINUANCE
(EXCEPT IN
LIMITED PART)**

The case management order dated January 12, 2006, stated at paragraph 12:

> While the Court encourages the parties to engage in settlement
> discussions, please do not ask for any extensions on the ground of
> settlement discussions or on the ground that the parties
> experienced delays in scheduling settlement conferences,
> mediation or ENE.  The parties should proceed to prepare their
> cases for trial.  No continuance (even if stipulated) shall be
> granted on the ground of incomplete preparation without
> competent and detailed declarations setting forth good cause.

1    Good cause has not been shown to postpone the milestones in the scheduling order.  All

2    that has been shown is that plaintiff's counsel has not done his homework.  Diligence from the

3    date of the case management order has not been shown at all, much less in detail.

4    It may be that plaintiff learned in the mediation of new issues but there is no showing

5    that these issues were previously concealed from plaintiff despite diligent discovery efforts.

6    The deadline for all opening expert reports, however, will be moved to **AUGUST 4** for

7    both sides.  The last date to move for summary judgment will now be **SEPTEMBER 6, 2006**.  All

8    other deadlines remain unchanged, including the fact discovery cutoff of **JULY 14, 2006**.

9    Except to the limited extent in the prior paragraph, the motion by plaintiff to extend the

10   discovery cutoff date is **DENIED**.

**IT IS SO ORDERED.**

Dated:  July 6, 2006.
_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2