United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI SEE TAN, an individual, | |
| Plaintiff, | No. C 05-03973 WHA |
| v. | |
| DOLBY LABORATORIES, INC., a corporation incorporated in the State of California, DOLBY LABORATORIES INTERNATIONAL SERVICES, INC., a California corporation incorporated in the State of California, DOLBY LABORATORIES LICENSING CORPORATION, INC., a corporation incorporated in the State of New York doing business in the State of California, DOLBY LABORATORIES LICENSING INTERNATIONAL SERVICES, INC., a corporation incorporated in the State of California, and DOES 1 through 100, | **ORDER RE PLAINTIFF'S EX PARTE MOTION** |
| Defendants. | |

The Court is in receipt of plaintiff's *ex parte* motion filed July 11, 2006, and defendant's "response" of the same date. The Court shall have a hearing on **JULY 17, 2006, AT 10:00 A.M.**, in Courtroom 9, at 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: July 12, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE