IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI SEE TAN, | No. C 05-03973 WHA |
| Plaintiff, | |
| v. | **ORDER RE PRIVILEGE DESIGNATIONS** |
| DOLBY LABORATORIES, INC., ET AL., | |
| Defendants. | |

The Court has reviewed, *in camera*, unredacted versions of the documents produced to plaintiff by defendants, which defendants redacted on grounds of privilege or third-party privacy. This order finds that the redactions and designations are appropriate and not overbroad, thus defendants need not produce unredacted versions of the documents to plaintiff at this time.

**IT IS SO ORDERED.**

Dated: July 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE