1  Anton N. Handal (SBN 113812)
   Pamela C. Chalk (SBN 216411)
2  HANDAL & ASSOCIATES
   1200 Third Avenue, Suite 1321
3  San Diego, California 92101
   Telephone: (619) 544-6400
4  Facsimile: (619) 696-0323

5  Attorneys for Plaintiff
   HUI SEE TAN
6

7  Robert M. Pattison (SBN 103528)
   Janine R. Hudson (SBN 206671)
8  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
9  San Francisco, California 94105
   Telephone: (415) 394-9400
10 Facsimile: (415) 394-9401

11 Attorneys for Defendants
   DOLBY LABORATORIES, INC., DOLBY
12 LABORATORIES INTERNATIONAL SERVICES,
   INC., and DOLBY LABORATORIES LICENSING
13 CORPORATION (incorrectly named as "Dolby
   Laboratories Licensing Corporation, Inc.")
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  HUI SEE TAN, an individual, | Case No. CV-05-03973 WHA |
| 18              Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE** |
| 19       vs. | |
| 20  DOLBY LABORATORIES, INC., a corporation incorporated in the State of California; DOLBY | |
| 21  LABORATORIES INTERNATIONAL SERVICES, INC., a corporation incorporated in | Complaint Filed: August 22, 2005 |
| 22  the State of California; DOLBY LABORATORIES LICENSING | MSC: October 20, 2006 |
| 23  CORPORATION, INC., a corporation incorporated in the State of New York doing | Trial Date: November 20, 2006 |
| 24  business in the State of California; DOLBY LABORATORIES LICENSING | **Rescheduled MSC Date:** Oct. 30, 2006 |
| 25  INTERNATIONAL SERVICES, INC., a corporation incorporated in the State of | 2:00 p.m. |
| 26  California; and DOES 1 through 100; | |
| 27              Defendants. | |
| 28 | |

1

STIPULATION, [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONF.         No. CV-05-03973 WHA

The parties by their undersigned counsel, having conferred and having confirmed the availability of the proposed new date with the clerk of the court, hereby stipulate that the mandatory settlement conference previously scheduled for October 20, 2006 shall be rescheduled to October 30, 2006 at 2 p.m.

**SO STIPULATED:**

Dated: October 10, 2006

HANDAL & ASSOCIATES

By _____
Anton N. Handal
Pamela C. Chalk

Attorneys for Plaintiff
HUI SEE TAN

Dated: October 10, 2006

JACKSON LEWIS LLP

By _____
Robert M. Pattison
Janine R. Hudson

Attorneys for Defendants
DOLBY LABORATORIES, INC., DOLBY LABORATORIES INTERNATIONAL SERVICES, INC., and DOLBY LABORATORIES LICENSING CORPORATION

**SO ORDERED:**

Dated:   October 12, 2006

By _____
Hon. Maria Elena James
UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION, [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONF.     No. CV-05-03973 WHA

The parties by their undersigned counsel, having conferred and having confirmed the availability of the proposed new date with the clerk of the court, hereby stipulate that the mandatory settlement conference previously scheduled for October 20, 2006 shall be rescheduled to October 30, 2006 at 2 p.m.

**SO STIPULATED:**

Dated: October 10, 2006                    **HANDAL & ASSOCIATES**

By_____
    Anton N. Handal
    Pamela C. Chalk

Attorneys for Plaintiff
HUI SEE TAN

Dated: October 10, 2006                    **JACKSON LEWIS LLP**

By_____
    Robert M. Pattison
    Janine R. Hudson

Attorneys for Defendants
DOLBY LABORATORIES, INC., DOLBY LABORATORIES INTERNATIONAL SERVICES, INC., and DOLBY LABORATORIES LICENSING CORPORATION

**SO ORDERED:**

Dated:                                      By_____
                                               Hon. Maria-Elena James
                                               UNITED STATES MAGISTRATE JUDGE