IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUI SEE TAN, an individual,

    Plaintiff,

  v.

DOLBY LABORATORIES, INC., a corporation incorporated in the State of California, DOLBY LABORATORIES INTERNATIONAL SERVICES, INC., a California corporation incorporated in the State of California, DOLBY LABORATORIES LICENSING CORPORATION, INC., a corporation incorporated in the State of New York doing business in the State of California, DOLBY LABORATORIES LICENSING INTERNATIONAL SERVICES, INC., a corporation incorporated in the State of California, and DOES 1 through 100,

    Defendants.

No. C 05-03973 WHA

**NOTICE RE HEARING ON MOTION FOR SUMMARY JUDGMENT**

    At the hearing on Dolby's motion for summary judgment on October 19, 2006, the parties should be prepared to address how the romantic relationship between plaintiff Hui See Tan and Ed Schummer is relevant to any claims pled in the complaint including issues of pretext or to any defenses. Bring case authorities addressing similar circumstances.

    **IT IS SO ORDERED.**

Dated: October 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE